UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CHARLES H. ROBERTS, et al., )
)
    Plaintiffs, )
)
             v. ) NO. 3:11-1127
) Judge Sharp/Bryant
STATE OF TENNESSEE, et al., )
)
    Defendants. )

### O R D E R

The undersigned Magistrate Judge has previously denied without prejudice a number of motions filed by plaintiff Roberts that did not include the signature of plaintiff Murdock (Docket Entry No. 110). Plaintiff Roberts has filed two additional motions (Docket Entry Nos. 111 and 115) that suffer from the same defect. For reasons more fully explained in the Court's earlier memorandum and order, plaintiff Roberts may represent himself pro se in this action, but he is not permitted to represent plaintiff Murdock. Therefore, motions identified as Docket Entry Nos. 111 and 115 are DENIED without prejudice to their being refiled bearing the signatures of both plaintiff Roberts and plaintiff Murdock.

It is so **ORDERED**.

                                              s/ John S. Bryant
                                              JOHN S. BRYANT
                                              United States Magistrate Judge