UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHARLES H. ROBERTS, *et al.*, ) | |
| ) | |
| Plaintiffs ) | |
| ) | No. 3:11-1127 |
| v. ) | Judge Sharp/Bryant |
| ) | **Jury Demand** |
| DERRICK D. SCHOFIELD, *et al.*, ) | |
| ) | |
| Defendants ) | |

## **O R D E R**

Plaintiffs Roberts and Murdock, who are prisoners proceeding *pro se*, have filed their motion to compel production of documents (Docket Entry No. 201). By this motion, Plaintiffs seek an order compelling Defendants to produce certain information regarding Halal and Kosher menus in use by the Tennessee Department of Corrections.

Plaintiffs' motion fails to comply with Local Rule 37.01 which provides that any party moving to compel discovery shall quote verbatim any request for production that is the subject of the motion as well as the response or objection of the responding party. Plaintiffs here have failed to comply with this requirement, and their motion fails to demonstrate that they have previously requested production of the documents that are the subject of their motion. In the absence of such evidence that they have previously made a request for these documents pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiffs' motion to compel must be **DENIED**.

It is so **ORDERED**.

/s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge