```
UNITED STATES DISTRICT COURT
   MIDDLE DISTRICT OF TENNESSEE
        NASHVILLE DIVISION
```

CHARLES H. ROBERTS, *et al.*,   )
                                )
        Plaintiffs              )
                                )       No. 3:11-1127
v.                              )       Judge Sharp/Bryant
                                )       **Jury Demand**
DERRICK D. SCHOFIELD, *et al.*, )
                                )
        Defendants              )

### O R D E R

By previous order, the Court has denied Plaintiffs' motions for preliminary injunction (Docket Entry No. 224).

Additional pending motions are related to Plaintiffs' motions for preliminary injunction and have been rendered moot. Specifically, Plaintiffs' "Motion for a Separate Speedy and Public Trial on the Previously Submitted Motion for a Preliminary Injunction" (Docket Entry No. 150); Plaintiffs' "Motion to Add Parties to be Subpoenaed" (Docket Entry No. 155); Plaintiffs' "Motion to Ascertain Status" (Docket Entry No. 159); and Plaintiffs' "Motion for an Evidentiary Hearing with Subpoenaed Witnesses" (Docket Entry No. 202). All of these motions are related to Plaintiffs' now denied motions for preliminary injunction, and, therefore, these motions have been rendered moot.

For the reasons stated above, the above-referenced motions are **DENIED** as moot.

It is so **ORDERED**.

/s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge